UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:17-CR-00271(1)-ADA |
| | § | |
| (1) DOMONIQUE MARTINO TOOMER | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause. On October 2, 2023 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) DOMONIQUE MARTINO TOOMER, which alleged that Toomer violated a condition of his supervised release and recommended that Toomer 's supervised release be revoked (Clerk's Document No. 80). A warrant issued and Toomer was arrested. On November 3, 2023, Toomer appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Toomer appeared before the magistrate judge on November 14, 2023, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on Jeffrey C. Manske, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on

the original offense and the intervening conduct of Toomer, the magistrate judge recommends that this court revoke Toomer supervised release and that Toomer be sentenced to imprisonment for TIME SERVED, with no term supervised release to follow the term of imprisonment (Clerk's Document No. 91).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en banc).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On November 14, 2023, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 89). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the

United States Magistrate Judge filed in this cause (Clerk's Document No. 91 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) DOMONIQUE MARTINO TOOMER's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) DOMONIQUE MARTINO TOOMER be imprisoned for TIME SERVED with no term of supervised release.

Signed this 29th day of November, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE